UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SPISAK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OLSEN, et al.,<br><br>　　　　　　Respondents. | Case No. 3:22-cv-00173-LRH-CLB<br><br>**ORDER** |

*Pro se* petitioner John Spisak filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 7.) On May 4, 2022, this court entered an order, *inter alia*, directing petitioner to file an amended petition within 30 days. (ECF No. 6.) The May 4, 2022, order was returned as undeliverable to petitioner. (ECF No. 9.) Petitioner has now filed a notice of change of address. (ECF No. 12.) Good cause appearing,

IT THEREFORE IS ORDERED that the clerk of the court resend the May 4, 2022, order (ECF No. 6), including a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions (ECF No. 6-1) to petitioner's new address.

IT IS FURTHER ORDERED that Petitioner has 30 days from the date of this order to file an amended petition as further instructed in the May 4, 2022, order.

DATED: June 2, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　United States District Judge